IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ARTHUR BATTLE, | : |
| Plaintiff, | : |
| v. | : CASE NO. 5:05-cv-433 (WDO) |
| HILTON HALL, et al., | : |
| Defendants. | : |

# J U D G M E N T

Pursuant to the Order of this Court filed March 29, 2007, having accepted the recommendation of the United States Magistrate Judge in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of March, 2007.

**GREGORY J. LEONARD, CLERK**

**s/ Denise Partee, Deputy Clerk**